JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOL OM ON SEKHEMRE EL NETER,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | No. 2:19-cv-08001-JFW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that that the Petition is dismissed without prejudice.

Dated: October 31, 2019

_____
JOHN F. WALTER
United States District Judge